```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
VALENTIN REID, on behalf of himself and                     :
all others similarly situated,                              :
                                                            :
                            Plaintiff,                      :    19-CV-6543 (VSB)
                                                            :
              -against-                                     :         ORDER
                                                            :
TOPIX PHARMACEUTICALS, INC.,                                :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10/16/2019

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: October 16, 2019
       New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge